So Ordered.

Signed this 20 day of May, 2021.

_____

Robert E. Littlefield, Jr.

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| IN RE | Chapter 13 |
|---|---|
| JAYNEENE A. HARDEN | CASE NO. 20-11581-1-rel |
| | JUDGE: Robert E. Littlefield, Jr. |
| DEBTOR | |

### ORDER GRANTING RELIEF FROM
### THE AUTOMATIC STAY

Upon the Motion of Rushmore Loan Management Services, LLC as servicer for PRPM 2021-3, LLC, its successor and or assigns ("Secured Creditor") dated April 16, 2021with exhibits attached thereto, with proof of service upon the Trustee, Debtor, Co-Debtor and Debtor's Attorney and the United States Trustee, and there being no opposition thereto, it is hereby:

**ORDERED** that the automatic stay in effect pursuant to 11 U.S.C. Section 362(a) is hereby vacated for cause pursuant to 11 U.S.C. Section 362(d)(1) as to Secured Creditor, its agents, assigns or successors in interest so that Secured Creditor, its agents, assigns or successors

in interest may take any and all actions pursuant to the Note and Mortgage and applicable state law including but not limited to foreclose its mortgage on the premises known as 13 Mari Nol Dr, Clifton Park, NY 12065, and it is further

**ORDERED** that the stay of action against the Co-Debtor pursuant to 11 U.S.C. §1301 is hereby vacated, and it is further

**ORDERED**, upon the entry of the Order Granting Relief, the unpaid portion of claim number 7 filed by Secured Creditor shall be deemed withdrawn and the Trustee shall immediately cease making payments on said claim, and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the case Trustee be added as a necessary party to receive notice of the report of sale and surplus money proceedings and closure of the case shall not constitute an abandonment of the Trustee's interest, if any, in any surplus proceeds.

###